FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  **POMERANTZ LLP**
   Marc I. Gross
2  Jeremy A. Lieberman
3  Michael J. Wernke
   600 Third Avenue, 20th Floor
4  New York, New York 10016
   Telephone: (212) 661-1100
5  Facsimile: (212) 661-8665
6  Email: migross@pomlaw.com
           jalieberman@pomlaw.com
7          mjwernke@pomlaw.com

8  *Lead Counsel for Plaintiffs*

9  Lionel Z. Glancy (#134180)
10 Robert V. Prongay (#270796)
   Kevin Ruf (#136901)
11 **GLANCY PRONGAY & MURRAY LLP**
12 1925 Century Park East, Suite 2100
   Los Angeles, California 90067
13 Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
14 E-mail: info@glancylaw.com

15
   *Liaison Counsel for Plaintiffs*
16
17           **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**

18 | EDWARD TODD, Individually and on Behalf of All Others Similarly Situated, | Case No. 14-CV-05263-MWF-RZ
19 |                                                                           | **CLASS ACTION**
20 |                                               Plaintiff,                  |
   |                                                                           | **PLAINTIFF'S APPLICATION TO FILE UNDER SEAL—PURSUANT TO ORAL ORDER AT MARCH 20, 2015 DEPOSITION—PLAINTIFF'S OPPOSITION TO STAAR'S MOTION TO STRIKE**
21 | vs.                                                                       |
22 | STAAR SURGICAL COMPANY, BARRY G. CALDWELL, and JOHN SANTOS                |
23 |                                                                           |
24 |                                               Defendants.                 |

25
26
27
28

{00165539;2}  PLAINTIFF'S APPLICATION TO FILE UNDER SEAL
CASE NO. 14-CV-05263-MWF-RZ

1  Pursuant to Local Rule 79-5.1, the Court's Procedures, and the Court's oral
2  Order on the record at the March 20, 2015 deposition of Confidential Witness No 1,
3  Lead Plaintiff Edward Todd ("Plaintiff") hereby respectfully requests that he be
4  permitted to file under seal *Plaintiff's Opposition to Defendant STAAR Surgical
5  Company's ("STAAR") Motion to Strike Information from Plaintiff's Amended
6  Complaint* (the "Opposition Brief"). The Opposition Brief contains references to
7  the transcript of the March 20, 2015 deposition of "Confidential Witness No. 1"
8  ("CW1"), which was conducted in the presence of the Court and, because it
9  concerns information that STAAR contends is privileged, the transcript was ordered
10 by the Court to be sealed and designated attorneys' eyes only. (Mar. 20, 2015 CW1
11 Dep. Tr. at 101:16-21). The Opposition brief also contains references to
12 communications between Plaintiff's counsel and CW1, which contain information
13 that STAAR contends is privileged.

The Opposition Brief will be sent to STAAR's counsel on May 15, 2015 for
identification of the specific information that STAAR contends is privileged. A
redacted version of the Opposition Brief will be publically filed thereafter, redacting
only portions of the brief that STAAR contends are protected from disclosure under
the attorney-client privilege or work product doctrine.

DATED: May 15, 2015

                            MARC I. GROSS
                            JEREMY A. LIEBERMAN
                            MICHAEL J. WERNKE
                            POMERANTZ LLP

                            By: _____
                                 Michael J. Wernke

{00165539;2 }

## PROOF OF SERVICE VIA U.S. MAIL

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 600 Third Avenue, New York, New York 10016.

On May 15, 2015, I served the following documents:

**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL—PURSUANT TO ORAL ORDER AT MARCH 20, 2015 DEPOSITION—PLAINTIFF'S OPPOSITION TO STAAR'S MOTION TO STRIKE**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL—PURSUANT TO ORAL ORDER AT MARCH 20, 2015 DEPOSITION—PLAINTIFF'S OPPOSITION TO STAAR'S MOTION TO STRIKE**

on counsel for the parties in this action, addressed as stated below:

Kai S. Bartolomeo
Dan E Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543

By U.S. Mail: By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

Executed on May 15, 2015, at New York, New York. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Michael J. Wernke